IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE No. 1:23-cv-162-ECM ) (WO) |
| WELLS FARGO & CO., *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On May 15, 2023, the Magistrate Judge entered a Recommendation (doc. 11) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED; Defendant Wells Fargo N.A.'s motion to dismiss (doc. 6) is DENIED as moot; and this case is referred back to the Magistrate Judge for further proceedings.

Done this 30th day of June, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE