IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2023 JUL 24  P 4: 47

| | |
|---|---|
| LORETTA KNIGHT, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 1:23-cv-162-ECM-JTA |
| v. | ) |
| | ) MOTION FOR DEFAULT JUDGMENT |
| WELLS FARGO & COMPANY, and WELLS FARGO BANK, N.A. | ) |
| Defendants, | ) |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW Loretta Knight, Plaintiff, and moves this Court to enter a judgment by default against the Defendant, Wells Fargo & Company, and for its Motion states:

1. The Defendant was duly served on March 27, 2023 with a Summons as provided by law for appearance in this Court; a copy of the Summons is attached.

2. The Defendant has failed to file a written answer, or otherwise file their appearance, within 21 days after service of Summons.

THEREFORE, the Plaintiff moves that the Court enter a judgment by default for the Plaintiff against the Defendant in the amount of $107,082.19 plus costs of this suit.

Respectfully submitted on July 24, 2023

Loretta Knight   PRO SE
1232 Kinsey Road
Dothan, AL 36303
Tel: (484) 334-1418 cell
loretta_knight@yahoo.com

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
(Case No. 1:23-cv-162-ECM-JTA)

1