IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:23-cv-162-ECM-JTA |
| WELLS FARGO & COMPANY, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This cause is presently before the court on Plaintiff's Motion for Default Judgment (Doc. No. 32) and defendant Wells Fargo & Company's response in opposition thereto (Doc. No. 38). Because Plaintiff has failed to obtain an entry of default—a prerequisite to a default judgment—against defendant Wells Fargo & Company, the motion for default judgment is premature. *See* Fed. R. Civ. P. 55(a). Accordingly, it is

ORDERED that the motion (Doc. No. 32) is DENIED.

DONE this 25th day of August, 2023.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE