IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LORETTA KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 1:23-cv-162-ECM |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION and ORDER**

On February 26, 2024, the Magistrate Judge entered a Recommendation (doc. 54) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (doc. 54) is ADOPTED;

2.    Defendant Wells Fargo Bank, N.A.'s motion for summary judgment (doc. 13) is DENIED without prejudice with leave to file the motion at an appropriate time;

3.    This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 13th day of March, 2024.

　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE