IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:23-cv-00162-RAH |
| WELLS FARGO BANK, N.A., | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal with Prejudice* (Doc. 95) filed on August 21, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED,** on this the 22nd day of August 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE